# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



10 OCT 27 PM 1:25

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>CYNTHIA LIZETH SEPULVEDA,<br><br>              Defendant. | CASE NO. 10CR3610-L<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

__x__  of the offense(s) on the Information of:21:952 and 960 - Importation of Marijuana (Felony)

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/27/10

                                   LOUISA S PORTER
                                   UNITED STATES MAGISTRATE JUDGE

                              ENTERED ON _____